**[Clerks Office Only]**

**Name:**

**Chad Ferrari**

**Email Address:**

**chadferrari@me.com**

**Phone Number**

**(215) 483-1985**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**Williamson v. Ferrari**

**Case Number**

**NEW CASE**

**Description of Document(s)**

**Removal, Nonappearance, IFP**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**1119 Wallace Street, 1st Floor**

**Mailing Address Line 2**

**City:**

**Philadelphia**

**State:**

**Pennsylvania**

**Zip Code:**

**19123**

**Other**

**Terms of Submission**

**Yes**

Hide empty values