IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | |
|---|---|
| WILLIAMSON | : |
| | : March Term 2026 |
| v. | : |
| | : No. 3340 |
| FERRARI | : |
| | : Control No. 26084674 |
| | : |

ORDER

**AND NOW**, this **20th day of August, 2026**, upon consideration of the Emergency Motion to Stay, it is **ORDERED** the Motion is **GRANTED IN PART** as follows:

1. This action shall proceed to trial as scheduled on September 4, 2026. Between the date of this Order and the trial, the appeal shall be maintained and no writ of possession shall issue.

2. In all other respects, the Motion is **DENIED**.

ORDER-Williamson Vs Ferrari [LKO]

26030334000162

BY THE COURT:

J.

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | |
|---|---|
| WILLIAMSON | : March Term 2026 |
| v. | : No. 3340 |
| FERRARI | : Control No. 26090056 |

ORDER

**AND NOW**, this **1st day of September, 2026**, upon consideration of the Emergency Motion for Stay, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_______________________ J.

ORDER-Williamson Vs Ferrari [VMC]

26030334000169