**Name:**

**Chad Ferrari**

**Email Address:**

**chadferrari@me.com**

**Phone Number**

**(215) 483-1985**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**WILLIAMSON v. FERRARI**

**Case Number**

**2:26-cv-06650-GAW**

**Description of Document(s)**

**Defendant's Opposition to Plaintiff's Emergency Motion to Remand**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**1119 Wallace Street, 1st Floor**

**City:**

**Philadelphia**

**State:**

**Pennsylvania**

**Zip Code:**

**19123**

**Terms of Submission**

**Yes**

Show empty values